Hillel I. Parness
Ronald M. Daignault (*pro hac vice*)
David Leichtman (*pro hac vice*)
Oren D. Langer (*pro hac vice*)
Matthew B. McFarlane (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Avenue, Suite 3400
New York, New York  10022
Tel: (212) 980-7400
Fax: (212) 980-7499
hiparness@rkmc.com

*Attorneys for Defendant/Counterclaim Plaintiff
Novel Laboratories*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRAINTREE LABORATORIES, INC.,<br><br>           Plaintiff/<br>           Counterclaim-Defendant,<br><br>     v.<br><br>NOVEL LABORATORIES, INC.,<br><br>           Defendant/<br>           Counterclaim-Plaintiff. | Civil Action No. 3:11-cv-01341 (PGS)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Date: Nov. 5, 2012<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT NO. 1: NON-INFRINGEMENT BASED ON CLINICALLY SIGNIFICANT ELECTROLYTE SHIFTS** |

To:   All Counsel of Record

PLEASE TAKE NOTICE that Defendant Novel Laboratories, Inc. ("Novel") hereby moves this Court on November 5, 2012, for summary

judgment of non-infringement based on clinically significant electrolyte shifts.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Novel shall rely upon its concurrently-filed memorandum of points and authorities, the concurrently-filed statement of material facts not in genuine dispute pursuant to L. Civ. R. 56.1, the concurrently-filed declaration of Novel expert witness, Dr. David S. Goldfarb, and the concurrently-filed declaration of Matthew B. McFarlane with exhibits attached thereto.

Also enclosed herewith for the Court's consideration is a proposed Order.

October 3, 2012
New York, New York                    Respectfully submitted,

                                       */s/ Hillel I. Parness*
                                       Hillel I. Parness
                                       Ronald M. Daignault (*pro hac vice*)
                                       David Leichtman (*pro hac vice*)
                                       Oren D. Langer (*pro hac vice*)
                                       Matthew B. McFarlane (*pro hac vice*)
                                       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                       601 Lexington Avenue, Suite 3400
                                       New York, New York  10022
                                       (212) 980-7400
                                       (212) 980-7499
                                       hiparness@rkmc.com

                                       *Attorneys for Defendant Novel Laboratories, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2012, I caused the foregoing **NOTICE OF MOTION FOR SUMMARY JUDGMENT NO. 1: NON-INFRINGEMENT BASED ON CLINICALLY SIGNIFICANT ELECTROLYTE SHIFTS**, together with supporting papers, to be served by ECF and e-mail upon the following counsel of record:

Leda D. Wettre, Esq. (lwettre@rwmlegal.com)
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102

John J. Regan, Esq. (John.Regan@wilmerhale.com)
Christopher R. Noyes, Esq. (Christopher.Noyes@wilmerhale.com)
Anna E. Lumelsky, Esq. (Anna.Lumelsky@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

                                                  /s/  Hillel I. Parness