**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN
JUDGE

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

TO:     To All Counsel of Record

FROM:   Peter G. Sheridan, U.S.D.J.

DATE:   March 25, 2013

RE:     Braintree Laboratories, Inc. v. Novel Laboratories, Inc.
        11-cv-1341 (PGS)

_____

I have reviewed the findings of fact of each party. I request that each party review its adversaries' findings of fact, and "admit" or "deny" each such finding of fact. One may "admit" or "deny" with a brief exception (no more than two sentences)

Please submit your responses by April 1, 2013.