**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

| | |
|---|---|
| CHAMBERS OF<br>PETER G. SHERIDAN | Clarkson Fisher Building and<br>U.S. Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |

TO: All Attorneys of Record

FROM: Peter G. Sheridan, U.S.D.J.

DATE: June 17, 2013

RE: Braintree Laboratories v. Novel Laboratories
11-cv-1341 (PGS)

---

I am in receipt of several proposed forms of a final order and opposition thereto. It appears that the parties have not conferred about the form of order. Before I enter a final order, I request that the parties confer and discuss the scope and content of the proposed final order, and submit a joint proposal. In the event a joint proposal cannot be reached, each party may submit a one page letter with comments by 12:00 p.m. on June 18, 2013. Thank you.