# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1438

**BRAINTREE LABORATORIES, INC.,**

*Plaintiff - Appellee,*

v.

**NOVEL LABORATORIES, INC.,**

*Defendant - Appellant.*

Appeal from the United States District Court for the District of New Jersey in case no. 11-CV-1341 United States District Judge Peter G. Sheridan

## MANDATE

In accordance with the judgment of this Court, entered April 22, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court