# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

BRIANTREE LABORATORIES, INC. :
:
: CIVIL 11-1341(PGS)
V. :
: ORDER
NOVEL LABORATORIES, INC. :

It is on this 27th, day of Aug. 2014,

ORDERED that this matter be restored to active court docket.

_____
PETER G. SHERIDAN, U.S.D.J.

RECEIVED

AUG 2 7 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK